February 13, 2004

Mr. Walter D. Snider
Snider & Morgan, L.L.P.
3560 Delaware, Suite 308
Beaumont, TX 77706
Mr. J. Mitchell Smith
Germer Gertz, L.L.P.
P.O. Box 4915
Beaumont, TX 77704

RE: Case Number: 02-0731
 Court of Appeals Number: 06-00-00153-CV
 Trial Court Number: D159122

Style: KIRK E. MARTIN AND SUZANNE K. MARTIN
 v.
 WILLIAM M. AMERMAN AND CAROLYN FRANCES AMERMAN

Dear Counsel:

 Today, the Supreme Court of Texas delivered the enclosed opinion/s and
judgment in the above referenced cause.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Lolita |
| |Ramos |
| |Ms. Linda |
| |Rogers |